IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Moncure, Montest

Printed: 01/29/09

Case Number:  07 B 00120
Judge:  Goldgar, A. Benjamin
Filed:  1/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 16, 2008
Confirmed: February 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,320.62 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,246.38 |
| Trustee Fee: |  | 74.24 |
| Other Funds: |  | 0.00 |
| Totals: | 1,320.62 | 1,320.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,500.00 | 1,246.38 |
| 2. | Capital One | Unsecured | 237.45 | 0.00 |
| 3. | Capital One | Unsecured | 121.38 | 0.00 |
| 4. | Capital One | Unsecured | 176.85 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 146.52 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 292.18 | 0.00 |
| 7. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,474.38 | $ 1,246.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.07 |
| 6.5% | 14.06 |
| 6.6% | 3.11 |
|  | $ 74.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

